In the United States District Court

For the District of Rhode Island
(Form mailed Oct. 30, 2007)

Troy S. Kelley

Enter above the full name of the plaintiff in this action.

v.

Wayne T. Salisbury

Enter above the full name of the defendant or defendants in this action.

Civil Action No. CA 07 411

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☑

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______________________

______________________

Defendants: ______________________

______________________

2. Court (if federal court, name the district; if state court, name the county):

______________________

3. Docket number: ______________________

4. Name of judge to whom case was assigned: ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
______________________
______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: ______________________

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☑ No ☐

B. If your answer is YES:

1. What steps did you take? Grievance
______________________

2. What was the result? I didn't Recieve proper medical attention I was sent back to the block. I was told to sign up for the doctor and I was given a bottom bunk

C. If your answer is NO, explain why not: ______________________
______________________

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff TROY S. KELLY

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant Wayne T. Salisbury is employed as Warden at Donald W. Wyatt

C. Additional Defendants: ______________________
______________________
______________________

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.) I was a detainee at Donald W. Wyatt dentention facility. I was housed in L-Pod, which is the new side of the building. They have no guard rails, ladders or anything to help the person on the top bunk to get down. (9-14-07) I tried to get down by placing my foot on the stool. At this time I slipped and fell. I dislocated my shoulder hurt my back, neck and twisted my knee. I was taken out in a wheel chair. The officer Hajduk witnessed this as well as inmate Dennis Paris. A nurse also came to the scene and she's the one that requested I be taken to the out side hospital. Due to Wayne T. Salisbury/ ("Warden") negligence I was injured. I am seeking 500,000 for pain & suffering.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.) I would like for All my hospital bills Relating to this injury to be taken care of. I am also seeking 500,000 dollars in damages for pain and suffering. I would like the court to grant these wishes thank you.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this October day of 30 ________, 20 07.

[signature]

Signature of plaintiff

USP Lewisburg
P.O. Box 1000
Lewisburg PA 17837

Complete address of plaintiff