UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TROY S. KELLEY

v. C.A. No. 07- 411 S

WAYNE T. SALISBURY

**MEMORANDUM AND ORDER**

Plaintiff Troy S. Kelley, *pro se*, a prisoner confined at USP Lewisburg, has filed a Complaint together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint on November 9, 2007. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided an opportunity to submit a copy of his prison trust account statement in support of his request to proceed in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall submit, within twenty days of the date of this order:

1. A certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or **from May 9, 2007 to November 8, 2007. Said copy must show the credit to, and the monthly balances therein.**

Failure to comply with this order will result in a dismissal of this action.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 13 Nov 2007